# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

In re: ENFORCER MARINE LOGISTICS, LLC § Case No. 09-51323
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ELIZABETH G. ANDRUS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00　　　　　　　　　Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $660,960.83　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　　Without Payment: N/A

Total Expenses of Administration: $64,043.00

3) Total gross receipts of $ 725,003.83 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $725,003.83 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $655,643.63 | $1,536,235.28 | $660,960.83 | $660,960.83 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 61,760.36 | 61,760.36 | 61,760.36 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 236,547.81 | 236,547.81 | 2,282.64 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 60,511.94 | 60,511.94 | 0.00 |
| **TOTAL DISBURSEMENTS** | $655,643.63 | $1,895,055.39 | $1,019,780.94 | $725,003.83 |

    4) This case was originally filed under Chapter 11 on September 21, 2009 and it was converted to Chapter 7 on August 08, 2012. The case was pending for 56 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/29/2017    By: /s/ELIZABETH G. ANDRUS
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| M/V Enforcer to be renamed: Lady IONE | 1129-000 | 725,000.00 |
| Int'l Sureties Bond Reduction | 1290-000 | 3.83 |
| **TOTAL GROSS RECEIPTS** | | **$725,003.83** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | JPMorgan Chase Bank, N.A. | 4210-000 | 655,643.63 | 655,643.63 | 660,960.83 | 660,960.83 |
| 3 | JPMorgan Chase Bank, N.A. | 4210-000 | N/A | 655,644.00 | 0.00 | 0.00 |
| 4-2 | Comar Marine Corporation | 4210-000 | N/A | 224,947.65 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$655,643.63** | **$1,536,235.28** | **$660,960.83** | **$660,960.83** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ELIZABETH G. ANDRUS | 2100-000 | N/A | 14,500.19 | 14,500.19 | 14,500.19 |
| Trustee Expenses - ELIZABETH G. ANDRUS | 2200-000 | N/A | 63.98 | 63.98 | 63.98 |

**UST Form 101-7-TDR (10/1/2010)**

| Description | Code | Unknown | Amount 1 | Amount 2 | Amount 3 |
|---|---|---|---:|---:|---:|
| Other - John W. Luster | 3210-000 | N/A | 6,250.00 | 6,250.00 | 6,250.00 |
| Other - John W. Luster | 3220-000 | N/A | 213.25 | 213.25 | 213.25 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk, | 2700-000 | N/A | 335.50 | 335.50 | 335.50 |
| Other - RaboBank | 2990-000 | N/A | 11.17 | 11.17 | 11.17 |
| Other - Darnall, Sikes, Gardes & Frederick | 3410-000 | N/A | 381.00 | 381.00 | 381.00 |
| Other - Lee Felterman & Assocs, LLC | 2500-000 | N/A | 36,250.00 | 36,250.00 | 36,250.00 |
| Other - Superior Shipyard & Fabrication, Inc. | 2410-000 | N/A | 2,485.00 | 2,485.00 | 2,485.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 594.39 | 594.39 | 594.39 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 35.10 | 35.10 | 35.10 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.76 | 28.76 | 28.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.37 | 20.37 | 20.37 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.25 | 17.25 | 17.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.31 | 20.31 | 20.31 |
| Other - Elizabeth G. Andrus, Trustee | 2300-000 | N/A | 11.09 | 11.09 | 11.09 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.05 | 19.05 | 19.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.18 | 17.18 | 17.18 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.75 | 17.75 | 17.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.56 | 19.56 | 19.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.31 | 18.31 | 18.31 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.68 | 17.68 | 17.68 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.09 | 20.09 | 20.09 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.62 | 17.62 | 17.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.40 | 19.40 | 19.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.72 | 18.72 | 18.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.28 | 16.28 | 16.28 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.48 | 20.48 | 20.48 |
| Other - Elizabeth G. Andrus, Trustee | 2300-000 | N/A | 10.22 | 10.22 | 10.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.04 | 18.04 | 18.04 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.80 | 16.80 | 16.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.17 | 19.17 | 19.17 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.95 | 17.95 | 17.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.33 | 17.33 | 17.33 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.09 | 19.09 | 19.09 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.47 | 18.47 | 18.47 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.25 | 17.25 | 17.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.01 | 19.01 | 19.01 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.79 | 17.79 | 17.79 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.17 | 17.17 | 17.17 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.52 | 19.52 | 19.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.08 | 17.08 | 17.08 |
| Other - Elizabeth G. Andrus, Trustee | 2300-000 | N/A | 5.60 | 5.60 | 5.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.05 | 17.05 | 17.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.38 | 19.38 | 19.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.99 | 16.99 | 16.99 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.97 | 16.97 | 16.97 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $61,760.36 | $61,760.36 | $61,760.36 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Marine Systems, Inc. | 6910-000 | N/A | 187,807.62 | 187,807.62 | 1,812.31 |
| Clerk, U.S. Bankruptcy Court - Superior Shipyard & Fabricati | 6910-001 | N/A | 48,740.19 | 48,740.19 | 470.33 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $236,547.81 | $236,547.81 | $2,282.64 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -4 | Comar Marine Corporation | 7100-000 | unknown | 60,511.94 | 60,511.94 | 0.00 |
| NOTFILED | Seacraft Shipyard, Corp. | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| TOTAL GENERAL UNSECURED CLAIMS | $0.00 | $60,511.94 | $60,511.94 | $0.00 |
|---|---|---|---|---|

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-51323  **Trustee:** (380170) ELIZABETH G. ANDRUS
**Case Name:** ENFORCER MARINE LOGISTICS, LLC  **Filed (f) or Converted (c):** 08/08/12 (c)
**§341(a) Meeting Date:** 09/27/12
**Period Ending:** 03/29/17  **Claims Bar Date:** 01/02/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  COMAR/Nautical Marine Claim for damages | Unknown | 10,000.00 | | 0.00 | FA |
| 2  M/V Enforcer to be renamed: Lady IONE | 1,000,000.00 | 44,356.37 | | 725,000.00 | FA |
| 3  BP Claim  (u)  06/30/13 Unscheduled asset, not abandoned. TTE has discussed handling with DSGF, CPA, J. Luster, K Aguillard. 11/14/12 TCW atty McElligott re handling w/J. Roy. 11/08/12 DB to cooperate in prosecution of claim. | 0.00 | 10,000.00 | | 0.00 | 10,000.00 |
| 4  Int'l Sureties Bond Reduction  (u) | 0.00 | 3.83 | | 3.83 | FA |
| 4  Assets  Totals (Excluding unknown values) | **$1,000,000.00** | **$64,360.20** | | **$725,003.83** | **$10,000.00** |

**Major Activities Affecting Case Closing:**

11/04/16 Transmittal of Unclaimed Funds to Clerk

06/23/15 Eml CPA for final fee app

05/05/15  Eml CPA for final fee app

05/01/15 Eml from CPA -- will prepare final fee app

01/20/15  Eml CPA for final fee app--no tax returns required for this single member LLC

12/09/14 Eml from J. Luster - no additional fee app. Emls with CPA - will get fee apps done

12/08/14 TCW J. Luster (318) 352-3602 - you can close case whenever you want to.  Can probably close w/o tax return bec no liability to the estate.  TTE filed a concursus, nothing further to do. He and the CPA may need to file fee application.

10/22/14 Judgment Granting Motion for Summary Judgment for JPMorgan Chase Bank and Comar Marine AND Judgement Denying Motion for Summary Judgment for Superior (Re: 30 Motion for Summary Judgment, 37 Motion for Summary Judgment, 41 Motion for Summary Judgment)

----------------------------------------

06/30/14 $25k carve-out for unsecured creditors from sale of boat in registry of court pending outcome of nonbankruptcy court litigation (on appeal) and filing of adversary for ranking of liens and mortgages.

04/15/14 Nonbankruptcy court litigation (on appeal) and filing of adversary for ranking of liens and mortgages pending - taken under advisement 4/1/14

01/20/14 Nonbankruptcy court litigation (on appeal) and filing of adversary for ranking of liens and mortgages pending.

10/25/13 Nonbankruptcy court litigation (on appeal) and filing of adversary for ranking of liens and mortgages pending.09/16/13 Order approving application(s) for J. Luster and TTE

7/24/13 Order on Motion to Deposit Funds into Court Registry; check mailed to the Clerk with xc of order

07/23/13 AT CT on Applications of Superior Shipyard and Marine Systems, Inc.

07/10/13 Closing of sale of M/V Lady Barbara - funds received (685,960.83)

07/03/13 Certified copy of order authorizing sale requested from COC, to be mailed to TTE

06/14/13 Order granting Motion to Sell at Auction free and clear of liens

06/04/13 HRG on motion to sell at auction - approved.

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-51323  
**Case Name:** ENFORCER MARINE LOGISTICS, LLC

**Trustee:** (380170) ELIZABETH G. ANDRUS  
**Filed (f) or Converted (c):** 08/08/12 (c)  
**§341(a) Meeting Date:** 09/27/12

**Period Ending:** 03/29/17

**Claims Bar Date:** 01/02/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

05/31/13 TCW John Luster - have bids "in our pockets" and he has resolved objections set for Tuesday.  Will have a telephone auction on Tuesday 6/11/13 at 3:00 p.m. and will sell boats one at a time.  Offers from Nigeria and Mexico, and Comar has made offers as well.

01/23/13 Order to authorize trustee to enter into Vessel Dockage Agreement and Vessel Boarding Indemnity Agreement

01/08/13 Claims imported for review

11/14/12 TCW Jack McElligott, paired up with Jim Roy for economic claims, screening clients to see if meet the causation test.

8/24/12 Order Granting Motion to Deconsolidate Chapter 7 Case

**Initial Projected Date Of Final Report (TFR):**   September 1, 2013  **Current Projected Date Of Final Report (TFR):**   June 28, 2016  (Actual)

Printed: 03/29/2017 01:36 PM    V.13.30

09-51323 - #195  File 04/05/17  Enter 04/05/17 14:37:28    Pg 8 of 12

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 09-51323  
**Case Name:** ENFORCER MARINE LOGISTICS, LLC  
**Taxpayer ID #:** **-***6999  
**Period Ending:** 03/29/17  

**Trustee:** ELIZABETH G. ANDRUS (380170)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6066 - Checking Account  
**Blanket Bond:** $27,869,306.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 07/10/13 | | John W. Luster Trust Account | Sales proceeds - M/V Lady Ione | | | 685,960.83 | | 685,960.83 |
| | {2} | | Asset 2 Gross sales proceeds | 725,000.00 | 1129-000 | | | 685,960.83 |
| | | Lee Felterman & Assocs, LLC | Boat broker 5% commission | -36,250.00 | 2500-000 | | | 685,960.83 |
| | | Superior Shipyard & Fabrication, Inc. | May-Jun-Jul 2013 storage fees; 9/16/13 Order approving Application to Ratify Pmts | -2,485.00 | 2410-000 | | | 685,960.83 |
| | | Clerk, U.S. Bankruptcy Court | Adversary proceeding filing fee | -293.00 | 2700-000 | | | 685,960.83 |
| | | RaboBank | Wire transfer fee | -11.17 | 2990-000 | | | 685,960.83 |
| 07/23/13 | 101 | Clerk, U.S. Bankruptcy Court | 7/24/13 Order on Motion to Deposit Funds into Court Registry | | 4210-000 | | 660,960.83 | 25,000.00 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 594.39 | 24,405.61 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 35.10 | 24,370.51 |
| 09/16/13 | 102 | John W. Luster | FEES - 9/16/13 Order approving Application | | 3210-000 | | 6,250.00 | 18,120.51 |
| 09/16/13 | 103 | John W. Luster | EXPENSES - 9/16/13 Order approving Application | | 3220-000 | | 213.25 | 17,907.26 |
| 09/16/13 | 104 | ELIZABETH G. ANDRUS | Trustee Comp - 9/16/13 Order approving Application | | 2100-000 | | 5,000.00 | 12,907.26 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 28.76 | 12,878.50 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 20.37 | 12,858.13 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 17.25 | 12,840.88 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 20.31 | 12,820.57 |
| 01/24/14 | 105 | Elizabeth G. Andrus, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/24/2014 FOR CASE #09-51323 | | 2300-000 | | 11.09 | 12,809.48 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 19.05 | 12,790.43 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 17.18 | 12,773.25 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 17.75 | 12,755.50 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 19.56 | 12,735.94 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 18.31 | 12,717.63 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 17.68 | 12,699.95 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 20.09 | 12,679.86 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 17.62 | 12,662.24 |
| 09/16/14 | 106 | Clerk, U.S. Bankruptcy Court | Ref # CERT XC ORDER | | 2700-000 | | 42.50 | 12,619.74 |

Subtotals : $685,960.83   $673,341.09

{} Asset reference(s)

Exhibit 9
Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 09-51323  
**Case Name:** ENFORCER MARINE LOGISTICS, LLC  
**Taxpayer ID #:** **-***6999  
**Period Ending:** 03/29/17  

**Trustee:** ELIZABETH G. ANDRUS (380170)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6066 - Checking Account  
**Blanket Bond:** $27,869,306.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.40 | 12,600.34 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.72 | 12,581.62 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.28 | 12,565.34 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.48 | 12,544.86 |
| 01/26/15 | 107 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/26/2015 FOR CASE #09-51323 Voided on 01/26/15 | 2300-000 | | 10.22 | 12,534.64 |
| 01/26/15 | 107 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/26/2015 FOR CASE #09-51323 Voided: check issued on 01/26/15 | 2300-000 | | -10.22 | 12,544.86 |
| 01/26/15 | 108 | Elizabeth G. Andrus, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/26/2015 FOR CASE #09-51323 Voided on 01/26/15 | 2300-000 | | 102.22 | 12,442.64 |
| 01/26/15 | 108 | Elizabeth G. Andrus, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/26/2015 FOR CASE #09-51323 Voided: check issued on 01/26/15 | 2300-000 | | -102.22 | 12,544.86 |
| 01/26/15 | 109 | Elizabeth G. Andrus, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/26/2015 FOR CASE #09-51323 | 2300-000 | | 10.22 | 12,534.64 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.04 | 12,516.60 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.80 | 12,499.80 |
| 03/23/15 | {4} | Elizabeth G. Andrus | Int'l Sureties Bond Reduction | 1290-000 | 3.83 | | 12,503.63 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.17 | 12,484.46 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.95 | 12,466.51 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.33 | 12,449.18 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.09 | 12,430.09 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.47 | 12,411.62 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.25 | 12,394.37 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.01 | 12,375.36 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.79 | 12,357.57 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.17 | 12,340.40 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.52 | 12,320.88 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.08 | 12,303.80 |
| 02/08/16 | 110 | Elizabeth G. Andrus, Trustee | BOND PREMIUM PAYMENT ON LEDGER | 2300-000 | | 5.60 | 12,298.20 |

Subtotals: $3.83    $325.37

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 09-51323  
**Case Name:** ENFORCER MARINE LOGISTICS, LLC  
**Taxpayer ID #:** **-***6999  
**Period Ending:** 03/29/17  

**Trustee:** ELIZABETH G. ANDRUS (380170)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6066 - Checking Account  
**Blanket Bond:** $27,869,306.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE AS OF 02/08/2016 FOR CASE #09-51323, Trustee Bond Premium | | | | |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.05 | 12,281.15 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.38 | 12,261.77 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.99 | 12,244.78 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.97 | 12,227.81 |
| 08/05/16 | 111 | Darnall, Sikes, Gardes & Frederick | Dividend paid 100.00% on $381.00, Accountant for Trustee Fees (Other Firm); Reference: FEE | 3410-000 | | 381.00 | 11,846.81 |
| 08/05/16 | 112 | Marine Systems, Inc. | Dividend paid 0.96% on $187,807.62, Trade Debt (Chapter 11); Reference: C11 ADMIN | 6910-000 | | 1,812.31 | 10,034.50 |
| 08/05/16 | 113 | Superior Shipyard & Fabrication, Inc. | Dividend paid 0.96% on $48,740.19, Trade Debt (Chapter 11); Reference: Stopped on 11/04/16 | 6910-000 | | 470.33 | 9,564.17 |
| 08/05/16 | 114 | ELIZABETH G. ANDRUS | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 9,564.17 | 0.00 |
| | | | Dividend paid 100.00%   9,500.19 on $14,500.19; Claim# ; Filed: $14,500.19 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%   63.98 on $63.98; Claim# ; Filed: $63.98 | 2200-000 | | | 0.00 |
| 11/04/16 | 113 | Superior Shipyard & Fabrication, Inc. | Dividend paid 0.96% on $48,740.19, Trade Debt (Chapter 11); Reference: Stopped: check issued on 08/05/16 | 6910-000 | | -470.33 | 470.33 |
| 11/04/16 | 115 | Clerk, U.S. Bankruptcy Court | REISSUED CHECK FROM STALE CHECK PROCESSING | 6910-001 | | 470.33 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 685,964.66 | 685,964.66 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 685,964.66 | 685,964.66 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$685,964.66** | **$685,964.66** | |

{} Asset reference(s)

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| | |  | |
|---|---|---|---|
| **Case Number:** | 09-51323 | **Trustee:** | ELIZABETH G. ANDRUS (380170) |
| **Case Name:** | ENFORCER MARINE LOGISTICS, LLC | **Bank Name:** | Rabobank, N.A. |
| | | **Account:** | ******6066 - Checking Account |
| **Taxpayer ID #:** | **-***6999 | **Blanket Bond:** | $27,869,306.00 (per case limit) |
| **Period Ending:** | 03/29/17 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******6066** | 685,964.66 | 685,964.66 | 0.00 |
| | $685,964.66 | $685,964.66 | $0.00 |